UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO: 5:06-CV-00173-TBR

JOSEPH SHAHEEN,
Ancillary Administrator of the Estate
of NADIA SHAHEEN, deceased                                              PLAINTIFF

v.

BURGESS HARRISON YONTS, et al.                                          DEFENDANTS

**OPINION AND ORDER**

This matter is before the Court upon Defendant Burgess Harrison Yonts's Motion for Permission to Sell Defendant's Vehicle (Docket #595). Plaintiff Joseph Shaheen has objected (Docket #597). Defendant has not filed a reply. This matter is now ripe for adjudication.

Defendant requests permission from the Court to sell the vehicle involved in the pending matter before the Court. Defendant argues that the vehicular accident occurred over two years ago and parties have had sufficient time to conduct reasonable discovery pertaining to the vehicle. Plaintiff responds that Defendant has no standing to assert any rights regarding the vehicle as it is owned by his mother, Janice C. Yonts, and not Defendant. Furthermore, Plaintiff argues that the vehicle cannot be made available for sale since it impounded and remains secured as evidence by the Murray Police Department.

Without addressing the standing issue, the Court finds that there is no reason at this time for the vehicle, which is unidentified by Defendant other than by its involvement in the accident, to be made available for sale. The vehicle remains in the possession of the Murray Police Department and its removal for sale depends not only on the decision of this Court, but also the decision of the Calloway Circuit Court of Kentucky, which is involved in the criminal

prosecution of Defendant.

The Court being duly and sufficiently advised, Defendant's Motion for Permission to Sell Defendant's Vehicle is **DENIED**.